UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ELNER ALMENDARES**, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>-against-<br><br>**4818 ASTORIA FOOD CORP. d/b/a NEW WAY SUPERMARKET, and JORGE CEPIN**, as an individual,<br><br>       Defendants. | CIVIL ACTION NO:<br>**22-CV-6465**<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND ORDERED that the above-captioned action and all claims asserted therein by Plaintiff are hereby dismissed in their entirety and with prejudice as against all Defendants, and with no award of attorneys' fees or costs by the Court to any party, except as provided in the Settlement Agreement.

| | |
|---|---|
| Helen F. Dalton & Associates, P.C.<br>80-02 Kew Gardens Road, Suite 601<br>Kew Gardens, NY 11415<br><br>By: *James O'Donnell*<br> James O'Donnell, Esq.<br> jamespodonnell86@gmail.com<br> Attorney for Plaintiffs | Victor Molina, Esq.<br>Ben Sharav, Esq.<br>930 Grand Concourse, Ste. 1A<br>Bronx, NY 10451<br><br>By: _____<br>Ben Sharav, Esq.<br>v.j.molina@verizon.net<br>Juris_ben@msn.com<br>Attorney for Defendants<br>January 31, 2024 |

Dated: February 2, 2024
   Brooklyn, New York

*Marcia M. Henry*
U.S.M.J. Marcia M. Henry